UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISE SIMMONS,

       Plaintiff,

 against

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

       Defendants.

CIVIL ACTION NO.: 19 Civ. 6986 (LGS) (SLC)

**AMENDED DISCOVERY SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The request for 90-day extensions of certain discovery deadlines is GRANTED. Discovery shall be completed as follows:

Fact Discovery:

1. All fact discovery shall be completed no later than **April 16, 2020**.

2. Initial requests for production of documents pursuant to Fed. R. Civ. P. 34 shall be served by **January 20, 2020**.

3. Responsive documents shall be produced by **February 19, 2020**.

4. Interrogatories pursuant to Fed. R. Civ. P. 33 shall be served by **January 20, 2020**.

5. Depositions pursuant to Fed. R. Civ. P. 31 shall be completed by **April 16, 2020**.

6. Request to admit pursuant to Fed. R. Civ. P. 36 shall be served by **March 2, 2020**.

Expert Discovery:

1. All expert discovery shall be completed no later than **June 1, 2020**.

2. By **May 4, 2020** the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that

(i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by **June 1, 2020**.

Status Letters and Conferences:

1. By **February 17, 2020** the parties shall submit a joint status letter to Judge Cave on the progress of discovery.

2. By **April 30, 2020** the parties shall submit a joint status letter, advising the Court whether a settlement conference should be scheduled.

3. By **June 17, 2020** the parties shall submit to Judge Schofield a request for a pre-motion conference for any dispositive motions, in accordance with her rules.

As stated in Judge Schofield's Order at ECF No. 39, these deadlines are <u>not</u> optional and unless leave is granted by the court, must be complied with in full.

The Clerk of Court is respectfully directed to close the Letter-Motion for discovery at ECF No. 41 and to update the discovery deadlines as outlined herein.

Dated:    New York, New York
             January 10, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**