UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISE SIMMONS,

              Plaintiff,

against

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

              Defendants.

CIVIL ACTION NO.: 19 Civ. 6986 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 10, 2020 the Court granted extension of certain discovery deadlines. (ECF No. 45). Therein, the Court ordered the parties to submit a joint status letter on the progress of discovery by February 17, 2020. The parties did not do so, resulting in another failure to comply with a Court Order. The parties are now **ORDERED** to submit a joint status report by **Monday, February 24, 2020.**

As Judge Schofield has stated, and as the undersigned reiterated in the Amended Scheduling Order, Court-ordered deadlines are <u>not</u> optional and unless leave is granted by the Court, must be complied with in full. The Parties' continued failure to comply with Court Orders may result in the imposition of sanctions.

Dated:    New York, New York
            February 19, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**