UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELSIE SIMMONS,

                         Plaintiff,

         -against-

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.,

                        Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

19 Civ. 6986 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference is scheduled for March 19, 2020 (Dkt. No. 29);

      WHEREAS, Judge Cave granted an extension to the discovery deadlines (Dkt. No. 45). It is hereby

      **ORDERED** that the March 19, 2020 pre-motion conference is ADJOURNED to **July 2, 2020 at 10:40 a.m.**

Dated: March 16, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE