UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISE SIMMONS,

                Plaintiff,

    against

NATIONAL RAILROAD PASSENGER CORPORATION,
et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 6986 (LGS) (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, March 24, 2020, the Court orders as follows:

1. Plaintiff shall serve a 30(b)(6) Deposition Notice on Defendant National Railroad Passenger Corporation, d/b/a Amtrak ("Amtrak"), delineating specific topics on which Plaintiff intends to question Amtrak's corporate representative.

2. Amtrak must respond to Plaintiff's Interrogatory No. 9, and must continue to engage in discovery while its Motion to Dismiss is pending.

3. The Court finds that the revised interrogatories served on Plaintiff by Defendants Union Station Investco LLC, Ashkenazy Acquisition Corp., Jones Lang LaSalle Americas, Inc., and Interstate Cleaning Corp. are timely, and Plaintiff must respond.

Dated:     New York, New York
           March 24, 2020

                      SO ORDERED

                      _____
                      SARAH L. CAVE
                      **United States Magistrate Judge**