**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELSIE SIMMONS

                Plaintiff,

-against-                                     19 **CIVIL** 6986 (LGS)

                                                            **JUDGMENT**

NATIONAL RAILROAD PASSENGER
CORPORATION, et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 2, 2020, Amtrak's motion to dismiss is granted, and Plaintiff's request to amend the Complaint is denied; The action is hereby remanded to state court, and the remaining Defendant's motion to dismiss is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
             June 3, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                **Clerk of Court**
                                              **BY:**
                                                                 _____
                                                                **Deputy Clerk**